**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION**

**THOMAS CHAPMAN**                                                                                          **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:07-CV-91-TSL-LRA**

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**                                                                                **DEFENDANT**

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of the Plaintiff, Thomas Chapman, and the Defendant, Hartford Life and Accident Insurance Company, to dismiss this cause, with prejudice, and the Court, being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be adjudicated or determined by the Court, finds that the same should be dismissed with prejudice in its entirety as to all parties and all claims.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and hereby is, dismissed with prejudice in its entirety, as to all parties and claims, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 17th day of January, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

-2-

AGREED AND APPROVED:


s/James E. Caldwell
James E. Caldwell (MSB No. 7696)
DOWNEY AND CALDWELL
Post Office Box 412
Madison, Mississippi 39130-0412

COUNSEL FOR PLAINTIFF


s/Steven H. Begley
Steven H. Begley (MSB No. 2317)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

COUNSEL FOR DEFENDANT